Walker & Patterson, P.C. - User Expenses with Receipts

Date Start: 9/1/2013 | Date End: 9/4/2018 | Clients: Allison Byman | Matters: Tradax | Users: | Expense Number: All | Reimburse Filter: All | Expense Type: All | Exclude from Invoice: All | Paid Status: All

| Expense Date | Client | Matter | Expense Type | Description | Cost Amount | Non Reimbursed Amount | Receipt File |
|---|---|---|---|---|---|---|---|
| **Dolores Nolan** | | | | | | | |
| 06/14/2018 | Allison Byman | Tradax | Copies | Copies for noticing out the Trustee's Motion to Compromise Controversy with Walter Huybregts | $50.40 | $50.40 | |
| 06/14/2018 | Allison Byman | Tradax | Postage | Postage for noticing out the Trustee's Motion to Compromise Controversy with Walter Huybregts | $21.00 | $21.00 | |
| | | | | Totals For Dolores Nolan | $71.40 | $71.40 | |
| | | | | Total Reimbursable | $0.00 | | |
| **Miriam Goott** | | | | | | | |
| 09/04/2018 | Allison Byman | Tradax | Copies | service of fee app | $125.80 | $125.80 | |
| 09/04/2018 | Allison Byman | Tradax | Postage | service of fee app | $36.26 | $36.26 | |
| | | | | Totals For Miriam Goott | $162.06 | $162.06 | |
| | | | | Total Reimbursable | $0.00 | | |
| | | | | Grand Total | $233.46 | $233.46 | |
| | | | | Grand Total Reimbursable | $0.00 | | |