**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-33422 |
| | § | |
| TRADAX ENERGY, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned Trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/29/2015. The undersigned Trustee was appointed on 06/29/2015.

2. The Trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The Trustee realized gross receipts of                         $1,177,920.74

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $246,227.40 |
| Bank service fees | $17,026.02 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $914,667.32 |

       The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The Trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was <u>12/27/2016</u> and the deadline for filing government claims was never established.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the Trustee is <u>$58,587.62</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The Trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$58,587.62</u>, for a total compensation of <u>$58,587.62</u>[2].  In addition, the Trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$2,338.90</u>, for total expenses of <u>$2,338.90</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>11/27/2018</u>

By: <u>/s/ *Allison D. Byman*</u>
    <u>Allison D. Byman, Trustee</u>
    <u>SBN 24040773</u>
    <u>Total Plaza</u>
    <u>1201 Louisiana, 28th Floor</u>
    <u>Houston, Texas  77002</u>
    <u>(713) 759-0818 Telephone</u>
    <u>(713) 759-6834 Facsimile</u>
    <u>adb@hwa.com</u>

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit A

| Case No.: | 15-33422-H1-7 | | Trustee Name: | Allison D. Byman |
| Case Name: | TRADAX ENERGY, INC. | | Date Filed (f) or Converted (c): | 06/29/2015 (f) |
| For the Period Ending: | 11/27/2018 | | §341(a) Meeting Date: | 08/06/2015 |
| | | | Claims Bar Date: | 12/27/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Refund for Overpayment -TWC (u) | Unknown | $0.00 | | $14.58 | FA |
| 2 | Unclaimed Property Recovered from the State of Texas (u) | Unknown | $363,952.57 | | $363,952.57 | FA |
| 3 | Amegy Bank Account | $108.07 | $108.07 | | $0.00 | FA |
| **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate. | | | | | | |
| 4 | Security Deposit (Belastingdienst Netherlands) | $12,104.00 | $12,104.00 | | $0.00 | FA |
| **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate.  It is likely the deposit was offset against back rents owed by the Debtor.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset.  The creditors of the Estate would not benefit from any liquidation of the assets by the Trustee. | | | | | | |
| 5 | Tradax Energy Inc. Retirement Trust Account | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset on the date of filing was $0.00. | | | | | | |
| 6 | Account Receivables | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset was $0 on the date of filing. | | | | | | |
| 7 | 637 License which registers Tradax with IRS as fuel blender | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset was $0 on the date of filing. | | | | | | |
| 8 | 1994 Toyota Landcruiser | $1,000.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset.  The time and expense that the Trustee would incur would exceed the value of the asset.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | | |
| 9 | Office equipment, furnishings and supplies | $400.00 | $400.00 | | $0.00 | FA |
| **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate.  The time and expense that the Trustee would incur to liquidate the Estate's interest in this asset would exceed the value of the asset.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | | |
| 10 | Expenses Due from Shareholder (to be recovered in Adv. No. 16-3284 at Asset No. 11) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Adv No. 16-03284; Byman, Trustee vs. Walter Huybregts, et al | $0.00 | $1,500,000.00 | | $448,457.14 | FA |
| **Asset Notes:** 01/29/18; #86; Partial Summary Judgment; Judgment entered vs. Walter Huybregts for $448,457.14 and Tradax Green Energy, LLC for $618,041.38; collection underway  against Walter Huybregts; Trustee to abandon judgment Tradax Green Energy as uncollectible; Water Huybregts has filed an appeal to District Court.  Case No. 4:18-cv-895 was dismissed by the District Court on July 19, 2018 [docket no. 7; Order of Dismissal] | | | | | | |
| 12 | Refund; Energy Trading (u) | Unknown | $0.00 | | $365,496.45 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 15-33422-H1-7 | |
| **Case Name:** | TRADAX ENERGY, INC. | |
| **For the Period Ending:** | 11/27/2018 | |

| | |
|---|---|
| **Trustee Name:** | Allison D. Byman |
| **Date Filed (f) or Converted (c):** | 06/29/2015 (f) |
| **§341(a) Meeting Date:** | 08/06/2015 |
| **Claims Bar Date:** | 12/27/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $13,612.07 | $1,877,564.64 | | $1,177,920.74 | $0.00 |

**Major Activities affecting case closing:**

03/31/2018    Judgment obtained via Partial Motion for Summary Judgment; collection underway via appeal to district court taken by defendant; case not closeable.

09/30/2017    Adversary against shareholders still pending; trial date anticipated in late 2018; case not closeable.

**Initial Projected Date Of Final Report (TFR):**    12/31/2016        **Current Projected Date Of Final Report (TFR):**    06/30/2019

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-33422-H1-7 | |
| **Case Name:** | TRADAX ENERGY, INC. | |
| **Primary Taxpayer ID #:** | **-****9610 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/29/2015 | |
| **For Period Ending:** | 11/27/2018 | |

| | |
|---|---|
| **Trustee Name:** | Allison D. Byman |
| **Bank Name:** | GREEN BANK |
| **Checking Acct #:** | ******2201 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $62,600,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/16/2015 | (1) | Texas Comptroller of Public Accounts | Proceeds; Refund | 1229-000 | $14.58 | | $14.58 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $14.57 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.55 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.53 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.51 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.49 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.47 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.45 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.43 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.41 |
| 09/20/2016 | (2) | Texas Comptroller of Public Accounts | Proceeds; Unclaimed Funds | 1229-000 | $363,952.57 | | $363,966.98 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $227.36 | $363,739.62 |
| 10/06/2016 | 3001 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $2.62 | $363,737.00 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $549.09 | $363,187.91 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $567.17 | $362,620.74 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $585.16 | $362,035.58 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $584.21 | $361,451.37 |
| 02/23/2017 | 3002 | C-Mack Services, Inc. | Inv #'s 00.27899, 00.27900, 00.27901 | 2990-000 | | $105.00 | $361,346.37 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $526.82 | $360,819.55 |
| 03/09/2017 | 3003 | Brannon Law Firm | 03/08/2017; #31 | * | | $50,275.94 | $310,543.61 |
| | | | Brannon Law Firm            $(48,650.00) | 3210-000 | | | $310,543.61 |
| | | | Brannon Law Firm            $(1,625.94) | 3220-000 | | | $310,543.61 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $567.50 | $309,976.11 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $451.80 | $309,524.31 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $499.47 | $309,024.84 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $514.75 | $308,510.09 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $465.72 | $308,044.37 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $497.09 | $307,547.28 |
| | | | **SUBTOTALS** | | $363,967.15 | $56,419.87 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-33422-H1-7 | | Trustee Name: | Allison D. Byman |
| Case Name: | TRADAX ENERGY, INC. | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-****9610 | | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/29/2015 | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 11/27/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2017 | 3004 | Brannon Law Firm | 09/05/17; #38 | * | | $46,881.08 | $260,666.20 |
| | | | Brannon Law Firm $(40,025.00) | 3210-000 | | | $260,666.20 |
| | | | Brannon Law Firm $(6,856.08) | 3220-000 | | | $260,666.20 |
| 09/07/2017 | (12) | US Treasury- Customs and Border Protection | Proceeds; Refund | 1229-000 | $223,763.21 | | $484,429.41 |
| 09/12/2017 | (12) | United States Treasury | Proceeds; Tax Refund | 1229-000 | $141,733.24 | | $626,162.65 |
| 09/12/2017 | 3005 | Payment Processing Services, LLC | 03/16/17; #33 | 3991-500 | | $36,549.65 | $589,613.00 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $851.22 | $588,761.78 |
| 10/03/2017 | 3006 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $189.04 | $588,572.74 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $919.21 | $587,653.53 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $917.70 | $586,735.83 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $946.81 | $585,789.02 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $945.28 | $584,843.74 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $852.42 | $583,991.32 |
| 03/01/2018 | 3007 | The Claro Group | 02/28/18; #48 | 3210-600 | | $38,330.00 | $545,661.32 |
| 03/01/2018 | 3008 | The Brannon Law Firm | 02/28/18; #47 | * | | $37,371.00 | $508,290.32 |
| | | | The Brannon Law Firm $(34,900.00) | 3210-000 | | | $508,290.32 |
| | | | The Brannon Law Firm $(2,471.00) | 3220-000 | | | $508,290.32 |
| 03/15/2018 | 3009 | KenWood & Associates, PC | 02/22/18; #45 | * | | $16,455.20 | $491,835.12 |
| | | | KenWood & Associates, PC $(16,258.00) | 3410-000 | | | $491,835.12 |
| | | | KenWood & Associates, PC $(197.20) | 3420-000 | | | $491,835.12 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $897.10 | $490,938.02 |
| 04/05/2018 | 3010 | The Brannon Law Firm | 03/28/18; #58 | 3210-000 | | $8,925.00 | $482,013.02 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $732.28 | $481,280.74 |
| 05/29/2018 | (11) | Walter Huybreghts | 03/06/18; #91 (Adv. No. 16-03284) | 1241-000 | $100,000.00 | | $581,280.74 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $813.08 | $580,467.66 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $936.69 | $579,530.97 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $905.02 | $578,625.95 |
| | | | **SUBTOTALS** | | $465,496.45 | $194,417.78 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 15-33422-H1-7 |
| Case Name: | TRADAX ENERGY, INC. |
| Primary Taxpayer ID #: | **-****9610 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/29/2015 |
| For Period Ending: | 11/27/2018 |

| | |
|---|---|
| Trustee Name: | Allison D. Byman |
| Bank Name: | GREEN BANK |
| Checking Acct #: | ******2201 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $62,600,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/22/2018 | (11) | Walter Huygbregts | 3/6/18; #91; (Adv. No. 16-03284) | 1241-000 | $250,000.00 | | $828,625.95 |
| 08/23/2018 | (11) | Walter Huygbregts | 3/6/18; #91; (Adv. No. 16-03284) | 1241-000 | $98,457.14 | | $927,083.09 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,272.90 | $925,810.19 |
| 10/01/2018 | 3011 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $277.73 | $925,532.46 |
| 10/02/2018 | 3012 | Walker & Patterson, PC | 10/01/18; #69 | * | | $5,303.46 | $920,229.00 |
| | | | Walker & Patterson, PC        $(5,070.00) | 3210-000 | | | $920,229.00 |
| | | | Walker & Patterson, PC        $(233.46) | 3220-000 | | | $920,229.00 |
| 10/31/2018 | 3013 | KenWood & Associates, PC | 10/26/18; #73 | * | | $5,561.68 | $914,667.32 |
| | | | KenWood & Associates, PC        $(5,314.60) | 3410-000 | | | $914,667.32 |
| | | | KenWood & Associates, PC        $(247.08) | 3420-000 | | | $914,667.32 |
| | | | **TOTALS:** | | $1,177,920.74 | $263,253.42 | $914,667.32 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,177,920.74 | $263,253.42 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | Net | | $1,177,920.74 | $263,253.42 | |

| For the period of 6/29/2015 to 11/27/2018 | | For the entire history of the account between 12/16/2015 to 11/27/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,177,920.74 | Total Compensable Receipts: | $1,177,920.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,177,920.74 | Total Comp/Non Comp Receipts: | $1,177,920.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $263,253.42 | Total Compensable Disbursements: | $263,253.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $263,253.42 | Total Comp/Non Comp Disbursements: | $263,253.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-33422-H1-7 | |
| **Case Name:** | TRADAX ENERGY, INC. | |
| **Primary Taxpayer ID #:** | **-***9610 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/29/2015 | |
| **For Period Ending:** | 11/27/2018 | |

| | |
|---|---|
| **Trustee Name:** | Allison D. Byman |
| **Bank Name:** | GREEN BANK |
| **Checking Acct #:** | ******2201 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $62,600,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $1,177,920.74 | $263,253.42 | $914,667.32 |

**For the period of 6/29/2015 to 11/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,177,920.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,177,920.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $263,253.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $263,253.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/29/2015 to 11/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,177,920.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,177,920.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $263,253.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $263,253.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN

**CLAIM ANALYSIS REPORT**

Page No: 1                    Exhibit C

| | |
|---|---|
| Case No. | 15-33422-H1-7 |
| Case Name: | TRADAX ENERGY, INC. |
| Claims Bar Date: | 12/27/2016 |

| | |
|---|---|
| Trustee Name: | Allison D. Byman |
| Date: | 11/27/2018 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALLISON D. BYMAN<br><br>1201 Louisiana St., Suite 2800<br>Houston TX 77002 | 11/19/2018 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $58,587.62 | $58,587.62 | $0.00 | $0.00 | $0.00 | $58,587.62 |
| | ALLISON D. BYMAN<br><br>1201 Louisiana St., Suite 2800<br>Houston TX 77002 | 09/30/2016 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $2,338.90 | $2,338.90 | $0.00 | $0.00 | $0.00 | $2,338.90 |
| 1 | HARRIS COUNTY ET AL<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston  77253-3064 | 07/06/2015 | Priority Tax | Allowed | 5800-000 | $0.00 | $520.03 | $520.03 | $0.00 | $0.00 | $0.00 | $520.03 |
| **Claim Notes:** | 09/06/18; Amended to unsecured priority | | | | | | | | | | | |
| 2 | SAMSUNG C&T AMERICA INC<br>Jaffe & Asher LLP<br>600 Third Ave<br>New York NY 10016 | 07/08/2015 | UNSECURED | Allowed | 7100-000 | $0.00 | $752,395.50 | $752,395.50 | $0.00 | $0.00 | $0.00 | $752,395.50 |
| 3 | KOCH SUPPLY & TRADING LP<br>4111 E 37th Street North<br>Wichita KS 67220 | 07/29/2015 | UNSECURED | Allowed | 7100-000 | $0.00 | $2,255,329.00 | $2,255,329.00 | $0.00 | $0.00 | $0.00 | $2,255,329.00 |
| | | | | | | | **$3,069,171.05** | **$3,069,171.05** | **$0.00** | **$0.00** | **$0.00** | **$3,069,171.05** |

**CLAIM ANALYSIS REPORT**

Exhibit C

| | | |
|---|---|---|
| **Case No.** | 15-33422-H1-7 | |
| **Case Name:** | TRADAX ENERGY, INC. | |
| **Claims Bar Date:** | 12/27/2016 | |

| | |
|---|---|
| **Trustee Name:** | Allison D. Byman |
| **Date:** | 11/27/2018 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $58,587.62 | $58,587.62 | $0.00 | $0.00 | $0.00 | $58,587.62 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $2,338.90 | $2,338.90 | $0.00 | $0.00 | $0.00 | $2,338.90 |
| Priority Tax | $520.03 | $520.03 | $0.00 | $0.00 | $0.00 | $520.03 |
| UNSECURED | $3,007,724.50 | $3,007,724.50 | $0.00 | $0.00 | $0.00 | $3,007,724.50 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       15-33422
Case Name:      TRADAX ENERGY, INC.
Trustee Name:   Allison D. Byman

Balance on hand:                    $914,667.32

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $914,667.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Allison D. Byman, Trustee Fees | $58,587.62 | $0.00 | $58,587.62 |
| Allison D. Byman, Trustee Expenses | $2,338.90 | $0.00 | $2,338.90 |
| Brannon Law Firm, Attorney for Trustee Fees | $88,675.00 | $88,675.00 | $0.00 |
| Brannon Law Firm, Attorney for Trustee Expenses | $8,482.02 | $8,482.02 | $0.00 |
| KenWood & Associates, PC, Accountant for Trustee Fees | $21,572.60 | $21,572.60 | $0.00 |
| KenWood & Associates, PC, Accountant for Trustee Expenses | $444.28 | $444.28 | $0.00 |
| The Brannon Law Firm, Attorney for Trustee Fees | $43,825.00 | $43,825.00 | $0.00 |
| The Brannon Law Firm, Attorney for Trustee Expenses | $2,471.00 | $2,471.00 | $0.00 |
| Walker & Patterson, PC, Attorney for Trustee Fees | $5,070.00 | $5,070.00 | $0.00 |
| Walker & Patterson, PC, Attorney for Trustee Expenses | $233.46 | $233.46 | $0.00 |
| The Claro Group, Special Counsel for Trustee Fees | $38,330.00 | $38,330.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:          $60,926.52
Remaining balance:          $853,740.80

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $853,740.80

UST Form 101-7-TFR (5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $520.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Harris County et al | $520.03 | $0.00 | $520.03 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $520.03 |
| Remaining balance: | $853,220.77 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,007,724.50 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Samsung C&T America Inc | $752,395.50 | $0.00 | $213,436.93 |
| 3 | Koch Supply & Trading LP | $2,255,329.00 | $0.00 | $639,783.84 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $853,220.77 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |