UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 15-33422 |
|---|---|---|
| | § | |
| TRADAX ENERGY, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Allison D. Byman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $13,612.07 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $853,740.80 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $324,179.94 | | |

3) Total gross receipts of $1,177,920.74 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,177,920.74 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $324,156.96 | $324,156.96 | $324,179.94 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $520.03 | $520.03 | $520.03 |
| General Unsecured Claims (from **Exhibit 7**) | $1,731,409.15 | $3,007,724.50 | $3,007,724.50 | $853,220.77 |
| **Total Disbursements** | $1,731,409.15 | $3,332,401.49 | $3,332,401.49 | $1,177,920.74 |

4). This case was originally filed under chapter 7 on 06/29/2015. The case was pending for 44 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/27/2019         By:   /s/ Allison D. Byman
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Refund for Overpayment -TWC | 1229-000 | $14.58 |
| Refund; Energy Trading | 1229-000 | $365,496.45 |
| Unclaimed Property Recovered from the State of Texas | 1229-000 | $363,952.57 |
| Adv No. 16-03284; Byman, Trustee vs. Walter Huybregts, et al | 1241-000 | $448,457.14 |
| **TOTAL GROSS RECEIPTS** | | **$1,177,920.74** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 4300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | IRS | 4300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allison D. Byman, Trustee | 2100-000 | NA | $58,587.62 | $58,587.62 | $58,587.62 |
| Allison D. Byman, Trustee | 2200-000 | NA | $2,315.92 | $2,315.92 | $2,338.90 |
| International Sureties, Ltd. | 2300-000 | NA | $469.39 | $469.39 | $469.39 |
| Green Bank | 2600-000 | NA | $17,026.02 | $17,026.02 | $17,026.02 |
| C-Mack Services, Inc. | 2990-000 | NA | $105.00 | $105.00 | $105.00 |
| Brannon Law Firm, Attorney for Trustee | 3210-000 | NA | $88,675.00 | $88,675.00 | $88,675.00 |
| The Brannon Law Firm, Attorney for Trustee | 3210-000 | NA | $43,825.00 | $43,825.00 | $43,825.00 |
| Walker & Patterson, PC, Attorney for Trustee | 3210-000 | NA | $5,070.00 | $5,070.00 | $5,070.00 |
| The Claro Group, Special Counsel for | 3210-600 | NA | $38,330.00 | $38,330.00 | $38,330.00 |

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| Brannon Law Firm, Attorney for Trustee | 3220-000 | NA | $8,482.02 | $8,482.02 | $8,482.02 |
| The Brannon Law Firm, Attorney for Trustee | 3220-000 | NA | $2,471.00 | $2,471.00 | $2,471.00 |
| Walker & Patterson, PC, Attorney for Trustee | 3220-000 | NA | $233.46 | $233.46 | $233.46 |
| KenWood & Associates, PC, Accountant for Trustee | 3410-000 | NA | $21,572.60 | $21,572.60 | $21,572.60 |
| KenWood & Associates, PC, Accountant for Trustee | 3420-000 | NA | $444.28 | $444.28 | $444.28 |
| Payment Processing Services, LLC, Personal Property Broker for Trustee | 3991-500 | NA | $36,549.65 | $36,549.65 | $36,549.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $324,156.96 | $324,156.96 | $324,179.94 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al | 5800-000 | $0.00 | $520.03 | $520.03 | $520.03 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $520.03 | $520.03 | $520.03 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Samsung C&T America Inc | 7100-000 | $15,000.00 | $752,395.50 | $752,395.50 | $213,436.93 |
| 3 | Koch Supply & Trading LP | 7100-000 | $252,000.00 | $2,255,329.00 | $2,255,329.00 | $639,783.84 |
| | Amspec Services LLC | 7100-000 | $823.74 | $0.00 | $0.00 | $0.00 |
| | Astra Oil Company LLC | 7100-000 | $3,737.65 | $0.00 | $0.00 | $0.00 |
| | Axiall Corp | 7100-000 | $9,995.30 | $0.00 | $0.00 | $0.00 |
| | BASF Intertrade | 7100-000 | $3,944.15 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Corporation | | | | | |
| Biesterfield Internationa | 7100-000 | $6,738.75 | $0.00 | $0.00 | $0.00 |
| Blue Ocean Brokerage LLC | 7100-000 | $121,150.00 | $0.00 | $0.00 | $0.00 |
| BP Products North America | 7100-000 | $2,472.08 | $0.00 | $0.00 | $0.00 |
| CGI Inc | 7100-000 | $827.40 | $0.00 | $0.00 | $0.00 |
| CNext $2404 S-Trenue B/D | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| CT Corporation | 7100-000 | $591.67 | $0.00 | $0.00 | $0.00 |
| Dinowic Pte Ltd. | 7100-000 | $291.67 | $0.00 | $0.00 | $0.00 |
| Fusion Brokerage USA, Inc. | 7100-000 | $8,060.00 | $0.00 | $0.00 | $0.00 |
| Gardere Wynne Sewell LLP | 7100-000 | $73,107.06 | $0.00 | $0.00 | $0.00 |
| GBH CPAs, PC 24 E | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Henry & Company, PC | 7100-000 | $6,378.25 | $0.00 | $0.00 | $0.00 |
| IHS Global, Inc. | 7100-000 | $5,170.10 | $0.00 | $0.00 | $0.00 |
| Inertrust former - ATC Trustees | 7100-000 | $1,191,678.00 | $0.00 | $0.00 | $0.00 |
| Inspectorate America | 7100-000 | $168.84 | $0.00 | $0.00 | $0.00 |
| Intertek Testing, Inc. | 7100-000 | $9.00 | $0.00 | $0.00 | $0.00 |
| Jim Jordan and Associates, LLP | 7100-000 | $0.03 | $0.00 | $0.00 | $0.00 |
| Jones Express | 7100-000 | $347.76 | $0.00 | $0.00 | $0.00 |
| Jose Javier Carrero Ubr. | 7100-000 | $0.10 | $0.00 | $0.00 | $0.00 |
| Kirby Inland Marine, LP | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| Sojitz Corporation of America | 7100-000 | $0.09 | $0.00 | $0.00 | $0.00 |
| Tauber Petrochemical | 7100-000 | $0.20 | $0.00 | $0.00 | $0.00 |
| Vitol Inc. | 7100-000 | $26,416.31 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,731,409.15 | $3,007,724.50 | $3,007,724.50 | $853,220.77 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 15-33422-H1-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | TRADAX ENERGY, INC. | Date Filed (f) or Converted (c): | 06/29/2015 (f) |
| For the Period Ending: | 2/27/2019 | §341(a) Meeting Date: | 08/06/2015 |
| | | Claims Bar Date: | 12/27/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Refund for Overpayment -TWC (u) | Unknown | $0.00 | | $14.58 | FA |
| 2  Unclaimed Property Recovered from the State of Texas (u) | Unknown | $363,952.57 | | $363,952.57 | FA |
| 3  Amegy Bank Account | $108.07 | $108.07 | | $0.00 | FA |
| Asset Notes:  Will abandon pursuant to 554(c) as burdensome to the Estate. | | | | | |
| 4  Security Deposit (Belastingdienst Netherlands) | $12,104.00 | $12,104.00 | | $0.00 | FA |
| Asset Notes:  Will abandon pursuant to 554(c) as burdensome to the Estate.  It is likely the deposit was offset against back rents owed by the Debtor.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset.  The creditors of the Estate would not benefit from any liquidation of the assets by the Trustee. | | | | | |
| 5  Tradax Energy Inc. Retirement Trust Account | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset on the date of filing was $0.00. | | | | | |
| 6  Account Receivables | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset was $0 on the date of filing. | | | | | |
| 7  637 License which registers Tradax with IRS as fuel blender | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset was $0 on the date of filing. | | | | | |
| 8  1994 Toyota Landcruiser | $1,000.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes:  Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset.  The time and expense that the Trustee would incur would exceed the value of the asset.   The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 9  Office equipment, furnishings and supplies | $400.00 | $400.00 | | $0.00 | FA |
| Asset Notes:  Will abandon pursuant to 554(c) as burdensome to the Estate.  The time and expense that the Trustee would incur to liquidate the Estate's interest in this asset would exceed the value of the asset.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 10  Expenses Due from Shareholder (to be recovered in Adv. No. 16-3284 at Asset No. 11) | $0.00 | $0.00 | | $0.00 | FA |
| 11  Adv No. 16-03284; Byman, Trustee vs. Walter Huybregts, et al | $0.00 | $1,500,000.00 | | $448,457.14 | FA |
| Asset Notes:  01/29/18; #86; Partial Summary Judgment; Judgment entered vs. Walter Huybregts for $448,457.14 and Tradax Green Energy, LLC for $618,041.38; collection underway against Walter Huybregts; Trustee to abandon judgment Tradax Green Energy as uncollectible; Water Huybregts has filed an appeal to District Court.  Case No. 4:18-cv-895 was dismissed by the District Court on July 19, 2018 [docket no. 7; Order of Dismissal] | | | | | |
| 12  Refund; Energy Trading (u) | Unknown | $0.00 | | $365,496.45 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 15-33422-H1-7 | Trustee Name: | Allison D. Byman |
| --- | --- | --- | --- |
| Case Name: | TRADAX ENERGY, INC. | Date Filed (f) or Converted (c): | 06/29/2015 (f) |
| For the Period Ending: | 2/27/2019 | §341(a) Meeting Date: | 08/06/2015 |
|  |  | Claims Bar Date: | 12/27/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** |  |  |  |  | **Gross Value of Remaining Assets** |
|  | $13,612.07 | $1,877,564.64 |  | $1,177,920.74 | $0.00 |

**Major Activities affecting case closing:**

| | |
| --- | --- |
| 01/08/2019 | NFR filed |
| 03/31/2018 | Judgment obtained via Partial Motion for Summary Judgment; collection underway via appeal to district court taken by defendant; case not closeable. |
| 09/30/2017 | Adversary against shareholders still pending; trial date anticipated in late 2018; case not closeable. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | Current Projected Date Of Final Report (TFR): | 06/30/2019 | /s/ ALLISON D. BYMAN |
| --- | --- | --- | --- | --- |
|  |  |  |  | ALLISON D. BYMAN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-33422-H1-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | TRADAX ENERGY, INC. | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***9610 | | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/29/2015 | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 2/27/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/16/2015 | (1) | Texas Comptroller of Public Accounts | Proceeds; Refund | 1229-000 | $14.58 | | $14.58 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $14.57 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.55 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.53 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.51 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.49 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.47 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.45 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.43 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.02 | $14.41 |
| 09/20/2016 | (2) | Texas Comptroller of Public Accounts | Proceeds; Unclaimed Funds | 1229-000 | $363,952.57 | | $363,966.98 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $227.36 | $363,739.62 |
| 10/06/2016 | 3001 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $2.62 | $363,737.00 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $549.09 | $363,187.91 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $567.17 | $362,620.74 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $585.16 | $362,035.58 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $584.21 | $361,451.37 |
| 02/23/2017 | 3002 | C-Mack Services, Inc. | Inv #'s 00.27899, 00.27900, 00.27901 | 2990-000 | | $105.00 | $361,346.37 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $526.82 | $360,819.55 |
| 03/09/2017 | 3003 | Brannon Law Firm | 03/08/2017; #31 | * | | $50,275.94 | $310,543.61 |
| | | | Brannon Law Firm          $(48,650.00) | 3210-000 | | | $310,543.61 |
| | | | Brannon Law Firm           $(1,625.94) | 3220-000 | | | $310,543.61 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $567.50 | $309,976.11 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $451.80 | $309,524.31 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $499.47 | $309,024.84 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $514.75 | $308,510.09 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $465.72 | $308,044.37 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $497.09 | $307,547.28 |
| | | | | SUBTOTALS | $363,967.15 | $56,419.87 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-33422-H1-7 | | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|---|
| Case Name: | TRADAX ENERGY, INC. | | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***9610 | | | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 6/29/2015 | | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 2/27/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2017 | 3004 | Brannon Law Firm | 09/05/17; #38 | * | | $46,881.08 | $260,666.20 |
| | | | Brannon Law Firm $(40,025.00) | 3210-000 | | | $260,666.20 |
| | | | Brannon Law Firm $(6,856.08) | 3220-000 | | | $260,666.20 |
| 09/07/2017 | (12) | US Treasury- Customs and Border Protection | Proceeds; Refund | 1229-000 | $223,763.21 | | $484,429.41 |
| 09/12/2017 | (12) | United States Treausury | Proceeds; Tax Refund | 1229-000 | $141,733.24 | | $626,162.65 |
| 09/12/2017 | 3005 | Payment Processing Services, LLC | 03/16/17; #33 | 3991-500 | | $36,549.65 | $589,613.00 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $851.22 | $588,761.78 |
| 10/03/2017 | 3006 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $189.04 | $588,572.74 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $919.21 | $587,653.53 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $917.70 | $586,735.83 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $946.81 | $585,789.02 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $945.28 | $584,843.74 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $852.42 | $583,991.32 |
| 03/01/2018 | 3007 | The Claro Group | 02/28/18; #48 | 3210-600 | | $38,330.00 | $545,661.32 |
| 03/01/2018 | 3008 | The Brannon Law Firm | 02/28/18; #47 | * | | $37,371.00 | $508,290.32 |
| | | | The Brannon Law Firm $(34,900.00) | 3210-000 | | | $508,290.32 |
| | | | The Brannon Law Firm $(2,471.00) | 3220-000 | | | $508,290.32 |
| 03/15/2018 | 3009 | KenWood & Associates, PC | 02/22/18; #45 | * | | $16,455.20 | $491,835.12 |
| | | | KenWood & Associates, PC $(16,258.00) | 3410-000 | | | $491,835.12 |
| | | | KenWood & Associates, PC $(197.20) | 3420-000 | | | $491,835.12 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $897.10 | $490,938.02 |
| 04/05/2018 | 3010 | The Brannon Law Firm | 03/28/18; #58 | 3210-000 | | $8,925.00 | $482,013.02 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $732.28 | $481,280.74 |
| 05/29/2018 | (11) | Walter Huybreghts | 03/06/18; #91 (Adv. No. 16-03284) | 1241-000 | $100,000.00 | | $581,280.74 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $813.08 | $580,467.66 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $936.69 | $579,530.97 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $905.02 | $578,625.95 |

SUBTOTALS     $465,496.45     $194,417.78

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-33422-H1-7 | | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|---|
| Case Name: | TRADAX ENERGY, INC. | | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***9610 | | | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 6/29/2015 | | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 2/27/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/22/2018 | (11) | Walter Huygbregts | 3/6/18; #91; (Adv. No. 16-03284) | 1241-000 | $250,000.00 | | $828,625.95 |
| 08/23/2018 | (11) | Walter Huygbregts | 3/6/18; #91; (Adv. No. 16-03284) | 1241-000 | $98,457.14 | | $927,083.09 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,272.90 | $925,810.19 |
| 10/01/2018 | 3011 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $277.73 | $925,532.46 |
| 10/02/2018 | 3012 | Walker & Patterson, PC | 10/01/18; #69 | * | | $5,303.46 | $920,229.00 |
| | | | Walker & Patterson, PC       $(5,070.00) | 3210-000 | | | $920,229.00 |
| | | | Walker & Patterson, PC       $(233.46) | 3220-000 | | | $920,229.00 |
| 10/31/2018 | 3013 | KenWood & Associates, PC | 10/26/18; #73 | * | | $5,561.68 | $914,667.32 |
| | | | KenWood & Associates, PC     $(5,314.60) | 3410-000 | | | $914,667.32 |
| | | | KenWood & Associates, PC     $(247.08) | 3420-000 | | | $914,667.32 |
| 02/01/2019 | 3014 | Allison D. Byman | Trustee Compensation | 2100-000 | | $58,587.62 | $856,079.70 |
| 02/01/2019 | 3015 | Allison D. Byman | Trustee Expenses | 2200-000 | | $2,338.90 | $853,740.80 |
| 02/01/2019 | 3016 | Harris County et al | Interim Distribution on Claim #: 1; | 5800-000 | | $520.03 | $853,220.77 |
| 02/01/2019 | 3017 | Samsung C&T America Inc | Interim Distribution on Claim #: 2; | 7100-000 | | $213,436.93 | $639,783.84 |
| 02/01/2019 | 3018 | Koch Supply & Trading LP | Interim Distribution on Claim #: 3; | 7100-000 | | $639,783.84 | $0.00 |

SUBTOTALS   $348,457.14   $927,083.09

Page No: 4     Exhibit 9

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-33422-H1-7 | |
| **Case Name:** | TRADAX ENERGY, INC. | |
| **Primary Taxpayer ID #:** | **-***9610 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/29/2015 | |
| **For Period Ending:** | 2/27/2019 | |

| | |
|---|---|
| **Trustee Name:** | Allison D. Byman |
| **Bank Name:** | GREEN BANK |
| **Checking Acct #:** | ******2201 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $62,600,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,177,920.74 | $1,177,920.74 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,177,920.74 | $1,177,920.74 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,177,920.74 | $1,177,920.74 | |

**For the period of 6/29/2015 to 2/27/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $1,177,920.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,177,920.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,177,920.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,177,920.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/16/2015 to 2/27/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $1,177,920.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,177,920.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,177,920.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,177,920.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 15-33422-H1-7 | |
| Case Name: | TRADAX ENERGY, INC. | |
| Primary Taxpayer ID #: | **-***9610 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/29/2015 | |
| For Period Ending: | 2/27/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Allison D. Byman | |
| Bank Name: | GREEN BANK | |
| Checking Acct #: | ******2201 | |
| Account Title: | Checking | |
| Blanket bond (per case limit): | $62,600,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,177,920.74 | $1,177,920.74 | $0.00 |

For the period of 6/29/2015 to 2/27/2019

| | |
|---|---|
| Total Compensable Receipts: | $1,177,920.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,177,920.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,177,920.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,177,920.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 06/29/2015 to 2/27/2019

| | |
|---|---|
| Total Compensable Receipts: | $1,177,920.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,177,920.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,177,920.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,177,920.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN