UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
04/09/2019

In Re: Tradax Energy, Inc.

**Debtor(s)**

Case No.: 15–33422

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/9/19

MARVIN ISGUR
United States Bankruptcy Judge